# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 21 EM 2021
IN THE COURT OF COMMON PLEAS,   :
PHILADELPHIA COUNTY,   :
   :
       Respondent   :
   :
   :
      v.   :
   :
   :
AQUAN SPEARMAN,   :
   :
       Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW,** this 14th day of May, 2021, Petitioner's Application for Leave to File Original Process is **GRANTED**, and Petitioner's Application for Extraordinary Relief Under the Court's King's Bench Jurisdiction Motion to Lift Detainer and for Release on House Arrest is **DENIED**.